JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD BAROS, | Case No. 8:25-cv-00047-JWH-ADSx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CREDICO USA, LLC. MATTHEW J. KELLY, MELA GROUP INC., MICHAEL J. FLYNT LLC, MICHAEL J. FLYNT, ANDES CC GROUP INC., JOSE CORRAL, A GAME CONSULTING INC., BRUNO SKRZECKOWSKI, CONNOR HOLZ, LUCIA CATALAN, RAVEN MCBRIDE, JOSE GONZALEZ, ROBERT CRUZ, GREGORY CLEMONS, and ANDY RAMOS, | |
| Defendants. | |

Pursuant to the Order "Order Dismissing Complaint with Leave to Amend" [ECF No. 14] entered on or about February 19, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED with prejudice**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 1, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE